384 A.2d 985
Commonwealth v. Grimes, Appellant.

598

Argued November 15, 1977.  Emilio P. Fastuca, with him Tobias, Viola & Fastuca, for appellant;  Mark K. McNally, with him Brandt, Milnes, Rea & Malone, for Commonwealth, appellee.

Order affirmed.